UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1197

ROBERT HARLEY GANZE,

Plaintiff - Appellant,

versus

COMPUTER SCIENCES CORPORATION; KENNETH J. PURCELL; STEPHEN JOHNSON; MARIO LOPEZ; DARLENE ADAMS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-97-1623-A)

Submitted:  April 29, 1998          Decided:  May 15, 1998

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Harley Ganze, Appellant Pro Se.  Merrell B. Renaud, HAZEL & THOMAS, P.C., Falls Church, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the dismissal of his action alleging numerous claims challenging the Defendants' withholding of federal income taxes from Appellant's pay. Our review of the record discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ganze v. Computer Sciences Corp.</u>, No. CA-97-1623-A (E.D. Va. Jan. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>